# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Decker,<br><br>   Plaintiff,<br><br> v.<br><br>Credit Management, LP,<br><br>   Defendant(s).<br>_____ | SACV 10-01009-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

 IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: September 21, 2010

                 _____
                   James V. Selna
                  United States District Judge